**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-cr-00429 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ADOPTING REPORT AND RECOMMENDATION, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| JOHN BERNARD SMITH, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of John Bernard Smith which was referred to the Magistrate Judge with the consent of the parties.

On November 14, 2024, the Government filed a single count Indictment, charging Defendant John Bernard Smith with Bank Robbery, in violation of Title 18 U.S.C. § 2113(a). Defendant John Bernard Smith was arraigned on November 22, 2024, and entered a plea of not guilty to Count 1 of the Indictment before Magistrate Judge Jennifer Dowdell Armstrong. On May 9, 2025, Magistrate Judge Jennifer Dowdell Armstrong received Defendant John Bernard Smith's plea of guilty to Count 1 of the Indictment, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant John Bernard Smith is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an

adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  There is no plea agreement.

Therefore, Defendant John Bernard Smith is adjudged guilty of Count 1 of the Indictment, with Bank Robbery, in violation of Title 18 U.S.C. § 2113(a).  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on October 1, 2025, at 10:00 a.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     9/30/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE